# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **IRIS CONNEX, LLC,**<br><br>                Plaintiff,<br><br>v.<br><br>**DELL INC.,**<br><br>                Defendant. | Case No. 2:15-cv-1915<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF IRIS CONNEX SOLUTIONS, LLC'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Iris Connex, LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its membership interests.

Dated:  December 2, 2015                     Respectfully submitted,


                                             */s/ Craig Tadlock*
                                             Craig Tadlock
                                             State Bar No. 00791766
                                             John J. Harvey, Jr.
                                             State Bar No. 09179770
                                             Keith Smiley
                                             State Bar No. 24067869
                                             **TADLOCK LAW FIRM PLLC**
                                             2701 Dallas Parkway, Suite 360
                                             Plano, Texas 75093
                                             903-730-6789
                                             craig@tadlocklawfirm.com
                                             john@tadlocklawfirm.com
                                             keith@tadlocklawfirm.com

                                             *Attorneys for Plaintiff Iris Connex, LLC*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 2, 2015.

                                         */s/ Craig Tadlock*
                                         Craig Tadlock