**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **IRIS CONNEX, LLC,**<br><br>                    **Plaintiff,**<br>  v.<br><br>**DELL INC.,**<br><br>                    **Defendant.** | **Case No. 2:15-cv-1915** |
| **APPLE INC.** | **Case No. 2:15-cv-1911** |
| **ASUS COMPUTER INTERNATIONAL** | **Case No. 2:15-cv-1913** |
| **BLACKBERRY CORPORATION** | **Case No. 2:15-cv-1914** |
| **FUJITSU AMERICA, INC.** | **Case No. 2:15-cv-1916** |
| **HTC AMERICA, INC.** | **Case No. 2:15-cv-1918** |
| **MICROSOFT CORPORATION** | **Case No. 2:15-cv-1922** |
| **SAMSUNG ELECTRONICS AMERICA, INC.** | **Case No. 2:15-cv-1924** |
| **SHARP ELECTRONICS CORPORATION** | **Case No. 2:15-cv-1925** |
| **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.** | **Case No. 2:15-cv-1927** |

**NOTICE OF STIPULATION BETWEEN IRIS CONNEX AND
UNITED STATES TRUSTEE TO DISMISS BANKRUPTCY CASE**

Plaintiff Iris Connex, LLC ("Iris Connex"), hereby files this Notice of the "Stipulation Between Debtor and United States Trustee to Dismiss Bankruptcy Case," which was filed on October 26, 2016, in Iris Connex's bankruptcy case, Case No. 2:16-bk-23249-ER, in the United States Bankruptcy Court for the Central District of California, Los Angeles Division. A file-stamped copy of the Stipulation is attached as Exhibit A hereto.

- 2 -

Dated: October 27, 2016    Respectfully submitted,

   */s/ Craig Tadlock*
Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

*Counsel of Record for Plaintiff Iris Connex, LLC*

## CERTIFICATE OF SERVICE

   I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 27, 2016.

   */s/ Craig Tadlock*
Craig Tadlock