# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | § | |
|---|---|---|
| IRIS CONNEX, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| DELL, INC., | § | 2:15-cv-01915-JRG |
| | § | LEAD CASE |
| APPLE INC., | § | 2:15-cv-01911-JRG |
| ASUS COMPUTER INTERNATIONAL, | § | 2:15-cv-01913-JRG |
| BLACKBERRY CORPORATION, | § | 2:15-cv-01914-JRG |
| FUJITSU AMERICA, INC., | § | 2:15-cv-01916-JRG |
| HTC AMERICA, INC. | § | 2:15-cv-01918-JRG |
| MICROSOFT CORPORATION | § | 2:15-cv-01922-JRG |
| SAMSUNG ELECTRONICS AMERICA, INC. | § | 2:15-cv-01924-JRG |
| SHARP ELECTRONICS CORPORATION | § | 2:15-cv-01925-JRG |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC. | § | 2:15-cv-01927-JRG |

*Defendants*.

## ORDER

The above-captioned cases are hereby **ORDERED** to be **RECONSOLIDATED** for all post-judgment issues with the **LEAD CASE**, Cause No. 2:15-cv-01915. The parties are instructed to file any future filings in the **LEAD CASE**.

Further, and in accordance with the Court's telephonic Order on September 27, 2016, (except for unopposed motions to dismiss, unopposed motions to withdraw, and notices of appearance) the member cases shall each remain **STAYED** until further Order from the Court. (*See* Case No. 2:15-cv-1915, Dkt. No. 40 at 13.) Nothing herein shall prohibit Defendant Dell, Inc. from sharing information with the other defendants in the member cases as part of any joint defense group. However, the Court expects that the parties will handle post-judgment matters in

a way that minimizes additional costs.  Accordingly, the Court will not consider work performed in contravention of the present stay as announced in the telephonic hearing of September 27, 2016 in any award of attorney fees, should the Court find an award of attorney fees to be proper in this case.

The Clerk is instructed to add the consolidated defendants into the Lead Case and their corresponding counsel.

**So ORDERED and SIGNED this 2nd day of November, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE