IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IRIS CONNEX, LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>        Defendant. | Case No. 2:15-cv-01927-JRG<br><br>(Consolidated with LEAD CASE No. 2:15-cv-01915-JRG) |

**OPPOSITION BY DEFENDANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC. TO TADLOCK LAW FIRM'S MOTION TO WITHDRAW AS COUNSEL**

Defendant Toshiba America Information Systems, Inc. ("TAIS") respectfully submits this opposition to Tadlock Law Firm's Motion to Withdraw as Counsel. TAIS opposes this motion for the reasons argued by Dell, Inc. in its opposition to the motion and in opposition to Iris Connex's Motion for 45-Day Stay (ECF #39 & 45 in Case No. 2:15-cv-01915-JRG).

The Court denied Tadlock Law Firm's Motion to Withdraw as Counsel in the Dell case (*see* ECF #48 in Case No. 2:15-cv-01915-JRG), and TAIS respectfully requests that the Court deny Tadlock Law Firm's motion to withdraw from the TAIS case (which is now reconsolidated with the Dell case).

Dated:  November 4, 2016

Respectfully submitted,

*/s/ Kimberly K. Dodd*
Kimberly K. Dodd
Kevin J. Malaney
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone:  (414) 271-2400
Facsimile:  (414) 297-4900

Guy N. Harrison
LAW OFFICES OF GUY N. HARRISON
217 North Center Street
Longview, TX 75601
Telephone: (903) 758-7361
Facsimile: (903) 753-9557

*Counsel for Defendant Toshiba America Information Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Kimberly K. Dodd*
Kimberly K. Dodd