IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IRIS CONNEX, LLC, <br><br> Plaintiff, <br> v. <br> DELL INC., *et al.*, <br><br> Defendants. | Case No. 2:15-cv-1915 <br><br> CONSOLIDATED LEAD CASE |
| IRIS CONNEX, LLC, <br><br> Plaintiff, <br> v. <br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:15-cv-1922 <br><br> MEMBER CASE |

**JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST
DEFENDANT MICROSOFT CORPORATION, WITH PREJUDICE**

Plaintiff Iris Connex, LLC ("Iris Connex"), and Defendant Microsoft Corporation ("Microsoft") hereby file this Joint Motion to Dismiss Plaintiff's Claims With Prejudice, as follows:

Pursuant to Fed. R. Civ. P. 41(a) and their agreement, Iris Connex and Microsoft stipulate as follows:

1. All claims by Iris Connex against Microsoft in this action shall be dismissed with prejudice.

2. Each party shall bear its own costs, attorney's fees and expenses in this action.

3. No party shall file any sanctions motion in this action against the other party's counsel.

4. No party will appeal this dismissal or any other order in this case.

5. Iris Connex shall take any action necessary to dismiss the presently-docketed appeal at the Federal Circuit as to Microsoft within seven (7) days of filing of this Motion.

Wherefore, the parties respectfully request that the Court enter the proposed Dismissal Order submitted herewith.

Dated: November 21, 2016                               Respectfully submitted,


   */s/ Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com

***Counsel of Record for Plaintiff Iris Connex, LLC***


*/s/ DeAnna Allen*
DeAnna Allen
dallen@cooley.com
DC Bar No. 487686
Rose Whelan
rwhelan@cooley.com
DC Bar No. 999367
COOLEY LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004-2400
Tel: (202) 842-7800
Fax: (202) 842-7899

Joseph M. Drayton
jdrayton@cooley.com
NY Bar No. 99367
COOLEY LLP
The Grace Building
1114 Avenue of the Americas
48th Fl.
New York, NY 10036-7798

Tel: (212) 479-6000
Fax: (212) 479-6275

Lowell D. Mead
lmead@cooley.com
CA Bar No. 223989
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000
Fax: (650) 849-7400

Drew Koning
CA Bar No. 263082
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Tel:  (858) 550-6129
Fax: (858) 550-6420
Email: dkoning@cooley.com

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-7257

***Attorneys for Defendant Microsoft Corporation***

- 4 -

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing was served on all parties who have appeared in this case on November 21, 2016, via the Court's CM/EMF system, pursuant to Local Rule CV-5(a)(3).

                                                 */s/ Craig Tadlock*
                                                 Craig Tadlock