**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **IRIS CONNEX, LLC,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**DELL INC.,**<br><br>                    **Defendant.** | Case No. 2:15-cv-1915 |

**NOTICE OF COMPLIANCE WITH COURT ORDER
(UNSEALED REDACTED COPY OF PRIMARY TADLOCK DECLARATION)**

     Mr. Tadlock respectfully notifies the Court of his compliance with the portion of the Court's Order dated January 25, 2017 (Dkt. No. 148), requesting filing of an unsealed, redacted copy of the primary Tadlock Declaration dated January 4, 2017 (Sealed Dkt. No. 122). An unsealed copy of the primary Tadlock Declaration including all exhibits thereto, redacted in accordance with the Court's Order, is attached to this Notice.

Dated: January 27, 2017                                            Respectfully submitted,

                                                                       */s/ Craig Tadlock*
                                                                       Craig Tadlock
                                                                       State Bar No. 00791766
                                                                       TADLOCK LAW FIRM PLLC
                                                                       2701 Dallas Parkway, Suite 360
                                                                       Plano, Texas 75093
                                                                       903-730-6789
                                                                       craig@tadlocklawfirm.com

**CERTIFICATE OF SERVICE**

     The undersigned certifies that a copy of the foregoing was served on all parties who have appeared in this case on January 27, 2017, via the Court's CM/EMF system, pursuant to Local Rule CV-5(a)(3).

                                                                       */s/ Craig Tadlock*
                                                                       Craig Tadlock