**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Iris Connex, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | No. 2:15-cv-1915 |
| v. | § | |
| | § | |
| Dell, Inc., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

Before the Court is the Notice of Intent To Request Redaction of Hearing Transcript filed by Brian Yates, Nicolas Labbit, Q Patents, Inc. and Iris Connex, LLC (Dkt. No. 153) (the "Notice").

Therein, Respondents and Iris Connex, LLC request that certain portions of the January 12, 2017 hearing transcript be redacted, (Dkt. No. 141), specifically, details relating to settlement agreements and the '950 patent assignment agreement.

As an initial matter, the Court notes that no party moved to seal the courtroom either before or during the January 12, 2017 hearing. The entirety of the hearing was public. Furthermore, the Court recalls that at least one person not subject to any protective order in this case noticeably observed in the gallery for some not insignificant portion of the hearing.

With respect to portions of the transcript relating to the settlement agreements in this case (Notice at 2–3), the Court is of the opinion that redacting the names of the settling parties and their law firms properly and adequately balances the competing interests of the parties against public's interest in open judicial proceedings. Similarly, the Court is also of the opinion that Page 85, lines 2 through 8 should also be redacted. With respect to details concerning the '950

patent assignment agreement (*id.* at 3), the Court is of the opinion that none of the cited portions of the transcript should be redacted.

The public version of the January 12, 2017 hearing transcript, (Dkt. No. 141), is **ORDERED** redacted consistent with the guidance provided by this Order, and the Clerk and Official Report for this Court are so directed.

**So Ordered this**
**Feb 1, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE